THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY LANGERT, Appellant.— On call of calendar, on motion of respondent, appeal dismissed, no record or brief having been filed and there being no appearance for appellant. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NUNZIO MORRONE, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL PARKER, Appellant.— On call of calendar, on motion of respondent, appeal dismissed, no record or brief having been filed and there being no appearance for appellant. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RAYMONDI, Appellant.— On call of calendar, on motion of respondent, appeal dismissed, no record or brief having been filed and there being no appearance for appellant. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALDEMAR SCHLOSSBERG, Appellant, against SUPERINTENDENT OF THE MATTEAWAN STATE HOSPITAL, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

FREDERIC R. SANBORN, Appellant, v. HELEN M. WACKER, Individually and as Executrix of GEORGE E. SMITH, Deceased, et al., Respondents, et al., Defendants.— Motion for reargument, for leave to appeal to the Court of Appeals and for other relief denied, without costs. [See *ante,* p. 793.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

ELLA SCHELBERGER, Respondent, v. EDWIN J. SCHELBERG et al., as Administrators C. T. A. of the Estate of MARY M. SCHELBERG, Deceased, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to amend decision and for other relief denied, without costs. [See 264 App. Div. 870.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

WILLIAM T. SLATTERY et al., Respondents, v. MICHAEL J. SMITH, Doing Business under the Name of M. J. SMITH SONS, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 794.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.